IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

McKESSON INFORMATION
SOLUTIONS, INC.,

      Plaintiff,                    No. CIV S-02-2669 FCD KJM

    vs.

BRIDGE MEDICAL, INC.,

      Defendant.               <u>ORDER</u>

_____/

        Various pleadings and exhibits thereto have been submitted in this action with requests to file said documents under seal. Upon review of the docket, it appears that although orders pertaining to the requests to seal have been issued, the referenced documents have not been electronically filed under seal in accordance with Local Rule 39-141(d). As to some of the requests to seal, the requests were denied and those exhibits also have not been electronically filed.

        Good cause appearing, IT IS HEREBY ORDERED that:

        1. Within thirty days from the date of this order, the parties shall submit to the Clerk's office the documents that have not been electronically filed accompanied by a letter indicating the docket number of the order pertaining to the submitted documents.

2. Upon receipt of the exhibits, the Clerk of Court is directed to scan said documents and file the documents in accordance with the court's orders.

DATED: May 4, 2005.

_____
UNITED STATES MAGISTRATE JUDGE

006
mckesson.cuso