IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

McKESSON INFORMATION
SOLUTIONS, INC.,

     Plaintiff,                     No. CIV S-02-2669 FCD KJM

  vs.

BRIDGE MEDICAL, INC.,

     Defendant.                 ORDER TO SHOW CAUSE

_____/

        Defendant has requested permission to file under seal a document identified by Bates-stamped page numbers MIS033444-MIS033446 (see Exhibit 22 referenced at docket no. 396) and stamped confidential by plaintiff.  Upon review of the document, IT IS HEREBY ORDERED that within ten days from the date of this order, plaintiff shall show cause why the referenced document should be filed under seal.

DATED:  May 4, 2005.

                                                      _____
                                                      UNITED STATES MAGISTRATE JUDGE

006
mckesson3.osc