J. MICHAEL STUSIAK (CA SBN 142952)
MORRISON & FOERSTER LLP
400 Capitol Mall
Suite 2600
Sacramento, California 95814
Telephone: (916) 448-3200

GERALD P. DODSON (CA SBN 139602)
MORRISON & FOERSTER LLP
755 Page Mill Road
Palo Alto, California 94304-1018
Telephone: (650) 813-5600
Facsimile: (650) 494-0792

JOSE L. PATIÑO (CA SBN 149568)
MORRISON & FOERSTER LLP
3811 Valley Centre Drive
Suite 500
San Diego, California 92130-2332
Telephone: (858) 720-5100
Facsimile: (858) 720-5125

Attorneys for Defendant/Counter-Plaintiff
BRIDGE MEDICAL, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| McKESSON INFORMATION SOLUTIONS, INC., a Delaware corporation,<br><br>    Plaintiff/Counter-Defendant,<br><br>v.<br><br>BRIDGE MEDICAL, INC., a Delaware corporation,<br><br>    Defendant/Counter-Plaintiff. | Case No.    CIV S-02-2669 FCD KJM<br><br>**ORDER GRANTING BRIDGE MEDICAL, INC.'S REQUEST TO FILE CERTAIN EXHIBITS TO THE DECLARATION OF JOSE L. PATIÑO UNDER SEAL**<br><br>Date:    July 29, 2005<br>Time:    10:00 a.m.<br>Courtroom:    2<br>Judge:    Hon. Frank C. Damrell, Jr. |

Bridge Medical, Inc.'s request to file under seal Exhibits E, F, H, I, J, N, O, P, and X to the Declaration of Jose L. Patiño in Support of Bridge's Motion for Summary Judgment is hereby GRANTED.

Dated: July 5, 2005          By:   /s/ Frank C. Damrell Jr.
                                   Hon. Frank C. Damrell, Jr.