Mark K. Dickson (SBN: 148302)
Thomas C. Mavrakakis (SBN: 177927)
WINSTON & STRAWN LLP
101 California Street
San Francisco, CA  94111-5894
Telephone:   415-591-1000
Facsimile:    415-591-1400
Email:  mdickson@winston.com
tmavrakakis@winston.com

Attorneys for Plaintiff
MCKESSON INFORMATION SOLUTIONS INC,

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| McKESSON INFORMATION SOLUTIONS INC., a Delaware corporation,<br><br>    Plaintiff,<br><br>vs.<br><br>BRIDGE MEDICAL, INC., a Delaware corporation,<br><br>    Defendant. | **Case No. CIV S-02-2669 FCD KJM**<br><br>**MCKESSON INFORMATION SOLUTIONS INC.'S ORDER RE MOTION TO FILE CERTAIN EXHIBITS TO THE DECLARATION OF NICOLE M. NORRIS IN SUPPORT OF MCKESSON INFORMATION SOLUTIONS INC.'S OPPOSITION TO BRIDGE MEDICAL, INC.'S MOTION FOR SUMMARY JUDGMENT OR IN THE ALTERNATIVE SUMMARY ADJUDICATION UNDER SEAL**<br><br>Date:   July 29, 2005<br>Time:  10:00 a.m.<br>Judge: Hon. Frank C. Damrell, Jr. |

McKesson Information Solutions Inc.'s [Proposed] Order re Motion to File Certain Exhibits to Declaration of Nicole M. Norris In Support of McKesson 's Opposition To Bridge's Motion For Summary Judgment or in the alternative, Summary Adjudication Under Seal

SF:111078.1

Plaintiff McKesson Information Solutions Inc.'s Motion to File Certain Exhibits to the Declaration of Nicole M. Norris In Support of McKesson Information Solutions Inc.'s Opposition to Bridge Medical Inc.'s Motion For Summary Judgment or in the alternative, Summary Adjudication Under Seal is hereby GRANTED.

IT IS SO ORDERED.

Dated: July 18, 2005                              By: /s/ Frank C. Damrell Jr.
                                                      Hon. Frank C. Damrell, Jr.
                                                      U.S. District Judge

**Winston & Strawn LLP**
**101 California Street**
**San Francisco, CA  94111-5894**

2

McKesson Information Solutions Inc.'s [Proposed] Order re Motion to File Certain Exhibits to Declaration of Nicole M. Norris In Support of McKesson 's Opposition To Bridge's Motion For Summary Judgment or in the alternative, Summary Adjudication Under Seal

SF:111078.1