1 | J. MICHAEL STUSIAK (CA SBN 142952)
MORRISON & FOERSTER LLP
2 | 400 Capitol Mall
Suite 2600
3 | Sacramento, California  95814
Telephone: (916) 448-3200
4 |
GERALD P. DODSON (CA SBN 139602)
5 | MORRISON & FOERSTER LLP
755 Page Mill Road
6 | Palo Alto, California  94304-1018
Telephone: (650) 813-5600
7 | Facsimile: (650) 494-0792

8 | JOSE L. PATIÑO (CA SBN 149568)
MORRISON & FOERSTER LLP
9 | 3811 Valley Centre Drive
Suite 500
10 | San Diego, California  92130-2332
Telephone: (858) 720-5100
11 | Facsimile: (858) 720-5125

12 | Attorneys for Defendant/Counter-Plaintiff
BRIDGE MEDICAL, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| McKESSON INFORMATION SOLUTIONS, INC., a Delaware corporation,<br><br>　　　　　Plaintiff/Counter-Defendant,<br><br>　　v.<br><br>BRIDGE MEDICAL, INC., a Delaware corporation,<br><br>　　　　　Defendant/Counter-Plaintiff. | Case No.　　CIV S-02-2669 FCD KJM<br><br>**ORDER GRANTING BRIDGE MEDICAL, INC.'S MOTION TO SEAL UNREDACTED MEMORANDUM, SEPARATE STATEMENT AND CERTAIN EXHIBITS TO THE DECLARATION OF JOHN A. SCOTT**<br><br>Date:　　　　July 29, 2005<br>Time:　　　　10:00 a.m.<br>Courtroom:　2<br>Judge:　　　Hon. Frank C. Damrell, Jr. |

1  Bridge Medical, Inc.'s request to file under seal Bridge's unredacted memorandum in
2  Opposition To McKesson's Motion For Partial Summary Judgment Of No Patent Misuse, No
3  Unclean Hands, No Equitable Estoppel/Waiver, and No Implied License/Acquiescence, Bridge's
4  separate factual statement and response to McKesson's factual statement concerning the
5  immediately preceding memorandum and Exhibits C, D, F, G, H, I, J, K, L, M O, P, R, S, T, U,
6  V, W, X, Y, DD, EE, FF, GG, HH, II, JJ, LL, MM, and PP to the Declaration of John A. Scott in
7  Support of Bridge's Opposition to Plaintiff's Motion for Summary Judgment is hereby
8  GRANTED.

Dated: July 18, 2005         By:   /s/ Frank C. Damrell Jr.
                                    Hon. Frank C. Damrell, Jr.

                                    U.S. District Judge