UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

McKESSON INFORMATION
SOLUTIONS, INC.,

        Plaintiff,

   v.

BRIDGE MEDICAL, INC.,

        Defendants.

NO. CIV. S-02-2669 FCD KJM

<u>FURTHER REFERRAL ORDER</u>

----oo0oo----

Defendant Bridge Medical, Inc.'s ("Bridge") motion for summary judgment or, alternatively, summary adjudication of "non-infringement" (docket #464)[1], filed July 1, 2005, is currently pending before the undersigned.  However, in light of Magistrate Judge Mueller's judicial role in the <u>Markman</u> proceedings, the

---

[1] Said motion also involved other issues, namely, Bridge's request for summary adjudication of its affirmative defenses/counter-claims for invalidity for obviousness and/or unenforceability due inequitable conduct in prosecuting the subject patent.  Those issues were addressed and resolved by the undersigned in orders, filed August 11, 2005.

1 undersigned further refers to her, for findings and
2 recommendations, the infringement issue presented by Bridge's
3 motion.  The briefing on the motion is complete.  Magistrate
4 Judge Mueller may set a hearing on the motion.  The findings and
5 recommendations shall be due on or before September 16, 2005.
6 Accordingly, the undersigned vacates the hearing date of August
7 19, 2005.
8     As a result of this referral, the court vacates the final
9 pretrial conference and trial dates, currently set for September
10 30 and November 29, 2005, respectively, and continues the final
11 pretrial conference to December 2, 2005 at 2:30 p.m. and the
12 trial to March 7, 2006 at 9:00 a.m.
13     IT IS SO ORDERED.
14 DATED: August 11, 2005        /s/ Frank C. Damrell Jr.
                                 FRANK C. DAMRELL, Jr.
15                               UNITED STATES DISTRICT JUDGE