ERIC M. ACKER (CA SBN 135805)
JOSE L. PATIÑO (CA SBN 149568)
MORRISON & FOERSTER LLP
12531 High Bluff Drive, Suite 100
San Diego, California 92130-2040
Telephone: (858) 720-5100
Facsimile: (858) 720-5125

Attorneys for Defendant/Counter-Plaintiff
BRIDGE MEDICAL, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| McKESSON INFORMATION SOLUTIONS, INC., a Delaware corporation,<br><br>    Plaintiff/Counter-Defendant,<br><br>v.<br><br>BRIDGE MEDICAL, INC., a Delaware corporation,<br><br>    Defendant/Counter-Plaintiff. | Case No.    CIV S-02-2669 FCD KJM<br><br>**ORDER GRANTING BRIDGE MEDICAL, INC.'S REQUEST TO FILE CERTAIN EXHIBITS TO THE DECLARATION OF JOSE L. PATIÑO IN SUPPORT OF BRIDGE'S MOTIONS IN LIMINE UNDER SEAL**<br><br>Date:    April 11, 2006<br>Time:    10:00 a.m.<br>Courtroom:    26<br>Judge:    Hon. Frank C. Damrell, Jr. |

Bridge Medical, Inc.'s request to file under seal Exhibits A, B, and KK to the Declaration of Jose L. Patiño in Support of Bridge Medical, Inc.'s Motions in Limine is hereby GRANTED.

Dated: <u>March 27, 2006</u>    By:    <u>/s/ Frank C. Damrell Jr.</u>
    Hon. Frank C. Damrell, Jr.

1