ERIC M. ACKER (CA SBN 135805)
JOSE L. PATIÑO (CA SBN 149568)
KATHERINE L. PARKER (CA SBN 222629)
MORRISON & FOERSTER LLP
12531 High Bluff Drive, Suite 100
San Diego, California 92130-2040
Telephone: (858) 720-5100
Facsimile: (858) 720-5125

Attorneys for Defendant/Counter-Plaintiff
BRIDGE MEDICAL, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| McKESSON INFORMATION SOLUTIONS, INC., a Delaware corporation,<br><br>    Plaintiff/Counter-Defendant,<br><br>v.<br><br>BRIDGE MEDICAL, INC., a Delaware corporation,<br><br>    Defendant/Counter-Plaintiff. | Case No.   CIV S-02-2669 FCD KJM<br><br>**ORDER GRANTING BRIDGE MEDICAL, INC.'S REQUEST TO FILE CERTAIN EXHIBITS TO THE DECLARATION OF KATHERINE L. PARKER IN SUPPORT OF BRIDGE MEDICAL, INC.'S MOTION TO STRIKE NEW SOURCE CODE OPINIONS IN SUPPLEMENTAL EXPERT REPORT OF HARRY V. BIMS UNDER SEAL**<br><br>Date:         August 15, 2006<br>Time:        8:30 a.m.<br>Courtroom:  2<br>Judge:       Hon. Frank C. Damrell, Jr. |

Bridge Medical, Inc.'s request to file under seal Exhibits 3, 4, and 5 to the Declaration of Katherine L. Parker in Support of Bridge Medical, Inc.'s Motion to Strike New Source Code Opinion in Supplemental Expert Report of Harry V. Bims is hereby GRANTED.

Dated: May 15, 2006       By:    /s/ Frank C. Damrell Jr.

                                                  Hon. Frank C. Damrell, Jr.