| | |
|---|---|
| Daniel Johnson Jr. (SBN 57409) | Eric M. Acker (CA SBN 135805) |
| Mitchell M. Blakely (SBN 214946) | Jose L. Patiño (CA SBN 149568) |
| MORGAN LEWIS & BOCKIUS LLP | Katherine L. Parker (CA BN 222629) |
| One Market | MORRISON & FOERSTER, LLP |
| Spear Street Tower | 12531 High Bluff Drive, Suite 100 |
| San Francisco, CA 94105 | San Diego, CA 92130-2040 |
| Telephone: (415) 442-1000 | Telephone: (858) 720-5100 |
| Facsimile: (415) 442-1001 | Facsimile: (858) 720-5125 |
| Email: djjohnson@morganlewis.com | Email: eacker@mofo.com |
| mblakely@morganlewis.com | jpatino@mofo.com |

Mark K. Dickson (SBN: 148302)
Marcus T. Hall (SBN: 206495)
WINSTON & STRAWN LLP
101 California Street
San Francisco, CA 94111-5894
Telephone: (415) 591-1000
Facsimile: (415) 591-1400
Email: mdickson@winston.com
       mthall@winston.com

Attorneys for Plaintiff
MCKESSON INFORMATION SOLUTIONS INC.

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| McKESSON INFORMATION SOLUTIONS INC., a Delaware corporation,<br><br>Plaintiff,<br><br>vs.<br><br>BRIDGE MEDICAL, INC., a Delaware corporation,<br><br>Defendant. | **Case No. CIV S-02-2669 FCD KJM**<br><br>**MCKESSON INFORMATION SOLUTIONS INC.'S AND BRIDGE MEDICAL, INC.'S JOINT STIPULATION TO RESCHEDULE PRETRIAL DEADLINES FOR PHASE II JURY TRIAL AND ORDER**<br><br>Hon. Frank C. Damrell, Jr. |

  Plaintiff and Counter-Defendant McKesson Information Solutions Inc. ("McKesson") and Defendant and Counter-Plaintiff Bridge Medical, Inc. ("Bridge"), hereby stipulate as follows:

  As reflected in the Civil Court Trial Minutes of May 4, 2006, the Court reset the Phase II Jury Trial in this matter for August 15, 2006. Certain pretrial dates, however, were set by the Court

in the Amended Pretrial Conference Order dated March 23, 2006 for specific dates corresponding to the previous trial schedule and were not reset to correspond with the new trial date.  The parties agree, and request that the Court order, that the following pretrial dates be reset in accordance with the rescheduled Jury Trial on August 15, 2006:

Trial briefs for the Phase II Jury Trial shall be filed on or before July 25, 2006.

A joint set of jury instructions shall be submitted electronically to the court on or before July 25, 2006.  As to instructions on which there is dispute, the parties will follow the contested instruction procedure as set forth in the Amended Pretrial Conference Order dated March 24, 2006.

A joint verdict form shall be submitted electronically on or before July 25, 2006.  Where disagreement exists, the parties shall explain the disagreement and file points and authorities supporting their respective positions on or before August 7, 2006.

Proposed voir dire questions shall be electronically submitted on or before July 25, 2006.

All other dates to remain as determined according to the Amended Pretrial Conference Order dated March 24, 2006.

Dated:                                              WINSTON & STRAWN LLP

By:   /s/        Mark K. Dickson
Mark K. Dickson
Attorneys for Plaintiff and Counter-Defendant
MCKESSON INFORMATION SOLUTIONS INC.,

Dated:                                              MORRISON & FOERSTER LLP

By:   /s/        Jose L. Patiño
Jose L. Patiño
Attorneys for Defendant and Counter-Plaintiff
BRIDGE MEDICAL, INC.,

**IT IS SO ORDERED**.

Dated : May 25, 2006                    By:   /s/ Frank C. Damrell Jr.
Hon. Frank C. Damrell, Jr.