DANIEL JOHNSON JR. (SBN 57409)
RITA E. TAUTKUS (CA SBN 162090)
MORGAN, LEWIS & BOCKIUS LLP
One Market
Spear Street Tower
San Francisco, California 94105
Telephone: (415) 442-1000
Facsimile: (415) 442-1001
Email: djjohnson@morganlewis.com
       rtautkus@morganlewis.com

MARK K. DICKSON (SBN 148302)
MARCUS T. HALL (SBN 206495)
WINSTON & STRAWN, LLP
101 California Street
San Francisco, California 94111-5894
Telephone: (415) 591-1000
Facsimile: (415) 591-1400
Email: mdickson@winston.com
       mthall@winston.com

Attorneys for Plaintiff/Counter-Defendant
MCKESSON INFORMATION
SOLUTIONS INC.

ERIC M. ACKER (CA SBN 135805)
JOSE L. PATIÑO (CA SBN 149568)
KATHERINE L. PARKER (CA SBN 222629)
MORRISON & FOERSTER LLP
3811 Valley Centre Drive
Suite 500
San Diego, California 92130-2332
Telephone: (858) 720-5100
Facsimile: (858) 720-5125
Email: eacker@mofo.com
       jpatino@mofo.com
       kparker@mofo.com

Attorneys for Defendant/Counter-Plaintiff
BRIDGE MEDICAL, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| McKESSON INFORMATION SOLUTIONS, INC., a Delaware corporation,<br><br>Plaintiff/Counter-Defendant,<br><br>v.<br><br>BRIDGE MEDICAL, INC., a Delaware corporation,<br><br>Defendant/Counter-Plaintiff. | Case No. CIV S-02-2669 FCD KJM<br><br>**MCKESSON INFORMATION SOLUTIONS INC.'S AND BRIDGE MEDICAL, INC.'S JOINT STIPULATION REGARDING MEET AND CONFER ON DEPOSITION OBJECTIONS**<br><br>**TRIAL DATE: AUGUST 15, 2006<br>JUDGE: FRANK C. DAMRELL, JR.** |

1  Plaintiff and Counter-Defendant McKesson Information Solutions Inc. ("McKesson") and Defendant and Counter-Plaintiff Bridge Medical, Inc. ("Bridge"), hereby stipulate as follows:

In its April 11, 2006 Minute Order regarding Motions in Limine, the Court ordered the parties to meet and confer regarding objections to deposition testimony designated for use at the jury trial. The Court ordered the parties to complete the meet and confer process by the end of May, 2006 and to inform the Court of the results of that process. The Court subsequently rescheduled the jury trial in this matter from July 25, 2006 to August 15, 2006. The parties agree, and request that the Court order, that the deadline for the parties to meet and confer regarding deposition objections be rescheduled to June 16, 2006.

Dated:  May 30, 2006                    WINSTON & STRAWN LLP

By:   \s\ Mark K. Dickson
         Mark K. Dickson
Attorneys for Plaintiff and Counter-Defendant
McKESSON INFORMATION SOLUTIONS, INC.

Dated: May 30, 2006                    MORRISON & FOERSTER LLP

By:   \s\ Jose L. Patiño
         Jose L. Patiño

Attorneys for Defendant and Counter-Plaintiff
BRIDGE MEDICAL, INC.

**IT IS SO ORDERED.**

Dated: May 31, 2006

By:   /s/ Frank C. Damrell Jr.
         Hon. Frank C. Damrell, Jr.
         U.S. District Judge

sd-318388

1

Case No. CIV S-02-2669 FCD KJM
JOINT STIPULATION RE DEPOSITION OBJECTIONS