ERIC M. ACKER (CA SBN 135805)
JOSE L. PATIÑO (CA SBN 149568)
KATHERINE L. PARKER (CA SBN 222629)
MORRISON & FOERSTER LLP
12531 High Bluff Drive, Suite 100
San Diego, California 92130-2040
Telephone: (858) 720-5100
Facsimile: (858) 720-5125

Attorneys for Defendant/Counter-Plaintiff
BRIDGE MEDICAL, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| McKESSON INFORMATION SOLUTIONS, INC., a Delaware corporation,<br><br>    Plaintiff/Counter-Defendant,<br><br>v.<br><br>BRIDGE MEDICAL, INC., a Delaware corporation,<br><br>    Defendant/Counter-Plaintiff. | Case No.    CIV S-02-2669 FCD KJM<br><br>**[ORDER GRANTING BRIDGE MEDICAL, INC.'S REQUEST TO FILE CERTAIN EXHIBITS TO THE DECLARATION OF JOSE L. PATIÑO IN SUPPORT OF BRIDGE MEDICAL, INC.'S MOTION FOR ATTORNEYS' FEES UNDER SEAL**<br><br>Date:<br>Time:          10:00 a.m.<br>Courtroom:  2<br>Judge:         Hon. Frank C. Damrell, Jr. |

Bridge Medical, Inc.'s request to file under seal Exhibits A, B, C, D, and E to the Declaration of Jose L. Patiño in Support of Bridge Medical, Inc.'s Motion for Attorneys' Fees is hereby GRANTED.

Dated: June 29, 2006          By:   /s/ Frank C. Damrell Jr.
                                     Hon. Frank C. Damrell, Jr.