UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

McKESSON INFORMATION SOLUTIONS INC., a Delaware corporation,

        Plaintiff/Counter-Defendant,

   v.

BRIDGE MEDICAL, INC., a Delaware corporation,

        Defendant/Counter-Plaintiff.

NO. CIV. S-02-2669 FCD KJM

ORDER AMENDING JUDGMENT

----oo0oo----

    The court has reviewed defendant Bridge Medical, Inc.'s Motion to Amend the Judgment, plaintiff McKesson Information Solutions Inc.'s non-opposition thereto, and good causing appearing, HEREBY GRANTS defendant's motion as follows:[1]

    Judgment in this case, entered on June 13, 2006, is amended to expressly dismiss without prejudice

---

[1] Because oral argument will not be of material assistance, the court orders this matter submitted on the briefs. E.D. Cal. L.R. 78-230(h).

1 defendant's remaining counter-claims for declaratory relief.

Said remaining counter-claims are now moot in light of the court's June 13, 2006 order finding plaintiff's '716 patent unenforceable for inequitable conduct.  The instant order is issued to ensure that the June 13, 2006 judgment is deemed final and appealable.

IT IS SO ORDERED.

DATED: August 11, 2006

/s/ Frank C. Damrell Jr.
FRANK C. DAMRELL, Jr.
UNITED STATES DISTRICT JUDGE